1  KAREN M. AYARBE, ESQ.
   Nevada Bar No. 3358
2  KERN & ASSOCIATES, LTD.
3  5421 Kietzke Lane, Ste. 200
   Reno, Nevada 89511
4  Tel: (775) 324-5930
   Email: karenayarbe@kernltd.com
5  *Attorneys for Capital Medical Development, LLC*
6  *and Richard Yamamoto, Trustee of the Yamamoto Family Trust*

7                    UNITED STATES BANKRUPTCY COURT

8                         DISTRICT OF NEVADA

9  In re:                                  Case No.:      BK-N-16-50042-gwz
                                           Chapter 7
10 WEALTH STRATEGIES INCOME FUND, LLC      (Lead Case)
11
   Substantively Consolidated with:        Case No. 16-50047-gwz
12 Wealth Strategies Investment Fund, LLC   Case No. 16-50048-gwz
13 Wealth Strategies Real Estate Fund, LLC  Case No. 16-50059-gwz
   Wealth Strategies Equity Fund, LLC       Case No. 16-50060-gwz
14 Wealth Stategies by Bayliss & McAninch, Inc.  Case No. 16-50081-gwz
   Wealth Strategies Opportunity Fund, LLC  Case No. 16-50082-gwz
15 Wealth Strategies Development, Inc.
16 Connemara (Dayton), LLC                  **ADV. NO. 18-05002-gwz**
   Connemara Park, LLC
17 Eagle Ridge at Genoa, LLC
   Granite Ridge at Markleeville, LLC
18 The Ranch at Gardnerville, LLC           **NOTICE OF APPEARANCE AND**
19 The Ranch at Gardnerville I, LLC         **REQUEST FOR SPECIAL NOTICE**
   Wealth Strategies Real Estate Income Fund, LLC
20 Connemara Development, LLC
21 Connemara Equity Partners, LLC
   Nevada Gardnerville Ranch, LLC
22 Nevada Gardnerville Ranch Manager, LLC
   Wealth Strategies Opportunity Fund II, LLC
23 JGNM14, LLC
   HGNM14, LLC
24 FCS14NM, LLC
25 North Ranch Associates 14, LLC

26               Debtor(s).
27 _____/

28
                              Page **1** of **8**

Natrona Investments, LLC
Natrona Management, LLC
Mustang Ridge, LLC
1830 Parkway, LLC
Petram Capital, LLC
Quadruple B, LLC
Plantation Group, LLC
Fortune 50 Investors, LLC
CC Angel Investments, LLC

                      Debtor(s).
_____/
W. DONALD GIESEKE, Chapter 7 Trustee,

                      Plaintiff,

vs.

MURRAY ALSTOTT, TRUSTEE OF THE
MURRAY ALSTOTT LIVING TRUST,
SANDRA ALTHAUS, TRUSTEE OF THE
SANDRA J. ALTHAUS FAMILY TRUST,
JUAN ARRAIZ, TRUSTEE OF THE ARRAIZ
FAMILY TRUST, DOROTHY ARRAIZ,
TRUSTEE OF THE ARRAIZ FAMILY TRUST,
RON BOWMAN, LINDA BOWMAN,
PATRICIA BURGER, TRUSTEE OF THE
BURGER FAMILY TRUST, WILLIAM
BURGER, TRUSTEE OF THE BURGER
FAMILY TRUST, DAWN GRABOWSKI,
TRUSTEE OF THE DAVID A. CABLE
LIVING TRUST, CAPITAL MEDICAL
DEVELOPMENT, LLC, VERONIQUE
CHACON AKA VERONIQUE CHACON-
GUYOT, JEANNETTE KELLEY, CO-
TRUSTEE OF THE EUGENE CHANEY
IRREVOCABLE INSURANCE TRUST, JOE
COELHO, RACHEL COELHO, JAMES
CUNNINGHAM, TRUSTEE OF THE
CUNNINGHAM FAMILY TRUST,
CATHERINE CUNNINGHAM, TRUSTEE OF
THE CUNNINGHAM FAMILY TRUST,
ARTHUR DUVALL, TRUSTEE OF THE
DUVALL LIVING TRUST, SALLY DUVALL,
TRUSTEE OF THE SALLY B. DUVALL

IRREVOCABLE LIVING TRUST, RUSSELL
FIDDYMENT, LEON CARICOITZ, TRUSTEE
OF THE GARICOITZ FAMILY TRUST,
KELLIE BALLARD BENEFICIARY IRA,
KIMBERLY DALE, TRUSTEE OF THE
EDWARD W. GIAMBALVO 1988 TRUST,
KIMBERLY DALE DENEFICIARY IRA,
KYLE GIAMBALVO BENEFICIARY IRA,
INVESTER SERVICES CORP. CUSTODIAN
FBO EDWARD GIAMBALVO IRA,
HEATHER GIMPLE, JOHN GIMPLE,
JENNIFER GORMLY, AUTHOR HARFORD,
TRUSTEE OF THE HARFORD FAMILY
TRUST, GLORIA HARFORD, TRUSTEE OF
THE HARFORD FAMILY TRUST, DIANE
HICKS, JOHN HICKS, JUDY HOLLOWAY,
DAVID HUNT DAVID HUNT IRA, DAVID
HUNT, CUSTODIAN, TD AMERITRADE FBO
DAVID HUNT IRA, RON PETERSON,
TRUSTEE OF THE INMAN PETERSON
FAMILY TRUST, DEBBIE KELLEY,
TRUSTEE OF THE DEBBIE KELLEY TRUST,
PAUL KNIGHT, TRUSTEE OF THE A&P
KNIGHT 2007 TRUST, AGNES KNIGHT,
TRUSTEE OF THE A&P KNIGHT 2007
TRUST, MARK LEBAR IRA, MARK LEBAR,
CUSTODIAN, MICHAEL J. LEBAR,
BENEFICIARY OF THE W. JUNE LEBAR
INHERITED IRA AND THE W. JUNE LEBAR
SURVIVORS TRUST A, K. JENELLE
RICKSEN, BENEFICIARY OF THE W. JUNE
LEBAR SURVIVORS TRUST A AND
WALLIS J. LEBAR INHERITED IRA,
POLYCOMP CUSTODIAN FBO KATHERINE
J. RICKSEN, BENEFICIARY OF WALLIS J.
LEBAR INHERITED TRUST, MARK
LIPKOWITZ, TRUSTEE OF THE LIPKOWITZ
LIVING TRUST, URSULA LIPKOWITZ,
TRUSTEE OF THE LIPKOWITZ LIVING
TRUST, NORMAN METCALF CUSTODIAN
FOR NORMAN METCALF IRA, TD
AMERITRADE CUSTODIAN FBO NORMAN
METCALF IRA, NORMAN METCALF,
TRUSTEE OF THE NORMAN AND BETTY
METCALF FAMILY TRUST, BETTY

METCALF, TRUSTEE OF THE NORMAN AND BETTY METCALF FAMILY TRUST, ANGELO PECORILLA, THOMAS PUGA, TRUSTEE FOR THE PACIFICA ELECTRICAL CONTRACTORS, INC. DEFINED BENEFIT PLAN, PATRICIA PUMPHREY, PATRICIA PUMPHREY IRA, PATRICIA PUMPHREY CUSTODIAN FOR PATRICIA PUMPHREY IRA, TD AMERITRADE CUSTODIAN FBO PATRICIA PUMPHREY IRA, PATRICIA PUMPHREY , TRUSTEE OF THE PUMPHREY FAMILY TRUST, RAMSDEN PROPERTIES, LTD., JANICE PERRY, JOHN PERRY, JOHN PERRY CUSTOMDIAN JOHN PERRY IRA, TD AMERITRADE CUSTODIAN FBO JOHN PERRY IRA,RESOLUTE SECURITY GROUP, INC., ROLAND SALA, CAROL SALA, ROLAND SALA, TRUSTEE OF THE ROLAND AND CAROL SALA FAMILY TRUST, CAROL SALA, TRUSTEE OF THE ROLAND AND CAROL SALA FAMILY TRUST, ROLAND SALA CUSTODIAN ROLAND SALA IRA, CAROL SALA CUSTODIAN CAROL SALA IRA, CAROL SALA ROLLOVER IRA, TD AMERITRADE CUSTODIAN FBO CAROL SALA ROLLOVER IRA, MARY SLAVICH, DAVID SMALL, TRUSTEE OF THE SMALL FAMILY TRUST, RUTH SMALL, TRUSTEE OF THE SMALL FAMILY TRUST, FREDRICK SMITH, TRUSTEE OF THE FREDRICK TED AND CAROL DIANE SMITH FAMILY TRUST, CAROL SMITH, TRUSTEE OF THE FREDRICK TED AND CAROL DIANE SMITH FAMILY TRUST, CAROL SMITH CUSTODIAN CAROL SMITH ROLLOVER IRA, TD AMERITRADE FBO CAROL SMITH ROLLOVER IRA, CRYSTAL SOUSA, LAUREN METCALF STEVENS, WAYNE VAN SICKLE, TRUSTEE OF THE VAN SICKLE GRANDCHILDRENS TRUST, WAYNE VAN SICKLE, JOAN VAN SICKLE, DEBRA WILLIAMS CUSTODIAN DEBRA WILLIAMS SEP IRA, TD AMERITRADE

Page **4** of **8**

CUSTODIAN FBO DEBRA WILLIAMS SEP IRA, DEBRA WILLIAMS, TRUSTEE OF THE DEBRA WILLIAMS FAMILY TRUST, RICHARD YAMAMOTO, TRUSTEE OF THE YAMAMOTO FAMILY TRUST,

                Defendants.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

*TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEYS OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:*

KAREN M. AYARBE, ESQ., of the law firm of KERN & ASSOCIATES, LTD., attorneys for Defendants, Capital Medical Development, LLC and Richard Yamamoto, Trustee of the Yamamoto Family Trust ("Defendants"), hereby enter its appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rules 2002 and 9010(b), and hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest, including copies of all plans or reorganization and disclosure statements.

All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, are required to be mailed to the above-referenced Defendants, and should be directed to:

KAREN M. AYARBE, ESQ.
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Suite 200
Reno, NV 89511
Tel : (775) 324-5930
Fax : (775) 324-6173
Email: karenayarbe@kernltd.com
*Attorneys for Capital Medical Development, LLC
and Richard Yamamoto, Trustee of the Yamamoto Family Trust*

Neither this paper nor any subsequent appearances, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for services of process on Defendants, or (ii) constitute a waiver of any of the following rights of Defendants:

(a)    Right to have all final orders in all non-core matters entered only after *de novo* review by United States District Court Judge;

(b)    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* or such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d)    Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity under the United States Constitution.

All the above rights are expressly reserved and preserved unto Defendants, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 26th day of February, 2018.

**KERN & ASSOCIATES, LTD.**
*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Capital Medical Development, LLC and*
*Richard Yamamoto, Trustee of the Yamamoto Family Trust*

Page **6** of **8**

### CERTIFICATE OF SERVICE

1.    On this 26th day of February 2018, I served the following document(s) (specify):

*NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE*

2.    I served the above-named document(s) by the following means to the persons as listed below:

■    a.    ECF System

| | |
|---|---|
| **W. DONALD GIESEKE** | wdg@renotrustee.com |
| | dgieseke@ecf.epiqsystems.com |
| **JEFFREY L HARTMAN** | notices@bankruptcyreno.com |
| | sji@bankruptcyreno.com |
| **ALLYSON R. NOTO** | allyson@sylvesterpolednak.com |
| | kellye@sylvesterpolednak.com |

☐    b.    United States mail, postage fully prepaid

| | |
|---|---|
| Thomas Puga | Mark Lipkowitz |
| Pacifica Electric | c/o Davis Graham & Stubbs LLP |
| 14120 Paramount Bl | 50 W. Liberty St., Ste. 950 |
| Paramount, CA 90723 | Reno, NV 89501 |
| | |
| Ursula Lipkowitz | Russell Fiddyment |
| c/o Davis Graham & Stubbs LLP | c/o Davis Graham & Stubbs LLP |
| 50 W. Liberty St., Ste. 950 | 50 W. Liberty St., Ste. 950 |
| Reno, NV 89501 | Reno, NV 89501 |

☐    c.    Personal Service

I personally delivered the document(s) to the persons at these addresses:

1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

///

2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: February 26, 2018.

  CHRISTINE A. LAMIA                           /s/ Christine A. Lamia    
(NAME OF DECLARANT)                      (SIGNATURE OF DECLARANT)