Honorable Gregg W. Zive
United States Bankruptcy Judge




Entered on Docket
February 21, 2020

William E. Peterson (NV Bar No. 1528)
Janine C. Prupas (NV Bar No. 9156)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: wpeterson@swlaw.com
jprupas@swlaw.com

Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 895169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: cgianelloni@swlaw.com

*Attorneys for Dawn Grabowski, Trustee of the David A. Cable Living Trust; Veronique Chacon aka Veronique Chacon-Guyot; Joe Coelho; Rachel Coelho; Judy Holloway; Ron Peterson, Trustee of the Inman Peterson Family Trust; Lanette Inman, Trustee of the Inman Peterson Family Trust; Mark Lipkowitz, Trustee of the Lipkowitz Living Trust; Ursula Lipkowitz, Trustee of the Lipkowitz Living Trust; Angelo Pecorilla; Patricia Pumphrey; Patricia Pumphrey IRA; Patricia Pumphrey Custodian for Patricia Pumphrey IRA; TD Ameritrade Custodian fbo Patricia Pumphrey IRA; Patricia Pumphrey, Trustee of the Pumphrey Family Trust; Ramsden Properties, Ltd.; Roland Sala; Carol Sala; Roland Sala, Trustee of the Roland and Carol Sala Family Trust; Carol Sala, Trustee of the Roland and Carol Sala Family Trust; Roland Sala Custodian Roland Sala IRA; Carol Sala Custodian Carol Sala IRA; Carol Sala Rollover IRA; TD Ameritrade Custodian fbo Carol Sala Rollover IRA; Ronald Harford, Trustee of the Harford Family Trust; Dora Harford, Trustee of the Harford Family Trust*

Snell & Wilmer L.L.P. LAW OFFICES 50 West Liberty Street, Suite 510 Reno, Nevada 89501 775-785-5440

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

///

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

In Re:

WEALTH STRATEGIES INCOME FUND, LLC,

Substantively Consolidated with:

Wealth Strategies Investment Fund, LLC
Wealth Strategies Real Estate Fund, LLC
Wealth Strategies Equity Fund, LLC
Wealth Strategies by Bayliss & McAninch, Inc.
Wealth Strategies Opportunity Fund, LLC
Wealth Strategies Development, Inc.
Connemara (Dayton), LLC
Connemara Park, LLC
Eagle Ridge at Genoa, LLC
Granite Ridge at Markleeville, LLC
The Ranch at Gardnerville, LLC
The Ranch at Gardnerville 1, LLC
Wealth Strategies Real Estate Income Fund, LLC
Connemara Development, LLC
Connemara Equity Partners, LLC
Nevada Gardnerville Ranch, LLC
Nevada Gardnerville Ranch Manager, LLC
Wealth Strategies Opportunity Fund II, LLC
JGNM14, LLC
HGNM14, LLC
FCS14NM, LLC
North Ranch Associates 14, LLC
Natrona Investments, LLC
Natrona Management, LLC
Mustang Ridge, LLC
1830 Parkway, LLC
Petram Capital, LLC
Quadruple B, LLC
Plantation Group, LLC
Fortune 50 Investors, LLC
CC Angel Investments, LLC

Debtors.

W. DONALD GIESEKE, Chapter 7 Trustee;

Plaintiff,

v.

MURRAY ALLSTOTT, TRUSTEE OF THE MURRAY ALSTOTT LIVING TRUST; SANDRA ALTHAUS, TRUSTEE OF THE SANDRA J. ALTHAUS FAMILY TRUST; JUAN ARRAIZ, TRUSTEE OF THE ARRAIZ FAMILY TRUST; DOROTHY ARRAIZ, TRUSTEE OF THE ARRAIZ FAMILY TRUST; RON BOWMAN; LINDA BOWMAN; PATRICIA BURGER, TRUSTEE OF THE BURGER FAMILY TRUST; WILLIAM

Case No. 16-50042-gwz

Chapter 7

(Lead Case)

Case No. 16-50047-gwz
Case No. 16-50048-gwz
Case No. 16-50059-gwz
Case No. 16-50060-gwz
Case No. 16-50081-gwz
Case No. 16-50082-gwz

**Adversary Proceeding No. 18-05002-gwz**

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF 267]**

BURGER, TRUSTEE OF THE BURGER FAMILY TRUST; DAWN GRABOWSKI, TRUSTEE OF THE DAVID A. CABLE LIVING TRUST; CAPITAL MEDICAL DEVELOPMENT, LLC; VERONIQUE CHACON AKA VERONIQUE CHACON-GUYOT; EUGENE CHANEY, TRUSTEE OF THE EUGENE CHANEY IRREVOCABLE INSURANCE TRUST; JOE COELHO; RACHEL COELHO; JAMES CUNNINGHAM, TRUSTEE OF THE CUNNINGHAM FAMILY TRUST; CATHERINE CUNNINGHAM, TRUSTEE OF THE CUNNINGHAM FAMILY TRUST; ARTHUR DUVALL, TRUSTEE OF THE DUVALL LIVING TRUST; SALLY DUVALL, TRUSTEE OF THE DUVALL LIVING TRUST; SALLY DUVAL, TRUSTEE OF THE SALLY B. DUVALL IRREVOCABLE LIVING TRUST; RUSSELL FIDDYMENT; LEON GARICOITZ, TRUSTEE OF THE GARICOITZ FAMILY TRUST; KELLIE BALLARD BENEFICIARY IRA; KIMBERLY DALE, TRUSTEE OF THE EDWARD W. GIAMBALVO 1988 TRUST; KIMBERLY DALE BENEFICIARY IRA; KYLE GIAMBALVO BENEFICIARY IRA; INVESTOR SERVICES CORP., CUSTODIAN FBO EDWARD GIAMBALVO IRA; HEATHER GIMPLE; JOHN GIMPLE; JENNIFER GORMLY; RONALD HARFORD, TRUSTEE OF THE HARFORD FAMILY TRUST; DORA HARFORD, TRUSTEE OF THE HARFORD FAMILY TRUST; DIANE HICKS; JOHN HICKS; JUDY HOLLOWAY; DAVID HUNT; DAVID HUNT IRA, DAVID HUNT CUSTODIAN; TD AMERITRADE FBO DAVID HUNT IRA; RON PETERSON, TRUSTEE OF THE INMAN PETERSON FAMILY TRUST; LANETTE INMAN, TRUSTEE OF THE INMAN PETERSON FAMILY TRUST; DEBBIE KELLEY, TRUSTEE OF THE DEBBIE KELLEY TRUST; PAUL KNIGHT, TRUSTEE OF THE A & P KNIGHT 2007 TRUST; AGNES KNIGHT, TRUSTEE OF THE A & P KNIGHT 2007 TRUST; MARK LEBAR IRA, MARK LEBAR CUSTODIAN; MICHAEL J. LEBAR, BENEFICIARY OF THE W. JUNE LEBAR INHERITED IRA AND THE W. JUNE LEBAR SURVIVORS TRUST A; K. JENELLE RICKSEN, BENEFICIARY OF THE W. JUNE LEBAR SURVIVORS TRUST A AND WALLIS J. LEBAR INHERITED IRA; POLYCOMP CUSTODIAN FBO KATHERINE J. RICKSEN, BENEFICIARY OF WALLIS J. LEBAR INHERITED TRUST; MARC LIPKOWITZ,

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

TRUSTEE OF THE LIPKOWITZ LIVING TRUST; URSULA LIPKOWITZ, TRUSTEE OF THE LIPKOWITZ LIVING TRUST; NORMAN METCALF CUSTODIAN FOR NORMAN METCALF IRA; TD AMERITRADE CUSTODIAN FBO NORMAN METCALF IRA; NORMAN METCALF, TRUSTEE OF THE NORMAN AND BETTY METCALF FAMILY TRUST; BETTY METCALF, TRUSTEE OF THE NORMAN AND BETTY METCALF FAMILY TRUST; ANGELO PECORILLA; THOMAS PUGA, TRUSTEE FOR THE PACIFICA ELECTRICAL CONTRACTORS, INC. DEFINED BENEFIT PLAN; PATRICIA PUMPHREY; PATRICIA PUMPHREY IRA; PATRICIA PUMPHREY CUSTODIAN FOR PATRICIA PUMPHREY IRA; TD AMERITRADE CUSTODIAN FBO PATRICIA PUMPHREY IRA; PATRICIA PUMPHREY, TRUSTEE OF THE PUMPHREY FAMILY TRUST; RAMSDEN PROPERTIES, LTD.; JANICE PERRY; JOHN PERRY; JOHN PERRY, CUSTODIAN JOHN PERRY IRA; TD AMERITRADE CUSTODIAN FBO JOHN PERRY IRA; RESOLUTE SECURITY GROUP, INC.; ROLAND SALA; CAROL SALA; ROLAND SALA, TRUSTEE OF THE ROLAND AND CAROL SALA FAMILY TRUST; CAROL SALA, TRUSTEE OF THE ROLAND AND CAROL SALA FAMILY TRUST; ROLAND SALA CUSTODIAN ROLAND SALA IRA; CAROL SALA CUSTODIAN CAROL SALA IRA; CAROL SALA ROLLOVER IRA; TD AMERITRADE CUSTODIAN FBO CAROL SALA ROLLOVER IRA; MARY SLAVICH; DAVID SMALL, TRUSTEE OF THE SMALL FAMILY TRUST; RUTH SMALL, TRUSTEE OF THE SMALL FAMILY TRUST; FREDRICK SMITH, TRUSTEE OF THE FREDRICK TED AND CAROL DIANE SMITH FAMILY TRUST; CAROL SMITH, TRUSTEE OF THE FREDRICK TED AND CAROL DIANE SMITH FAMILY TRUST; CAROL SMITH CUSTODIAN CAROL SMITH ROLLOVER IRA; TD AMERITRADE FBO CAROL SMITH ROLLOVER IRA; CRYSTAL SOUSA; LAUREN METCALF STEVENS; WAYNE VAN SICKLE, TRUSTEE OF THE VAN SICKLE GRANDCHILDRENS TRUST; WAYNE VAN SICKLE; JOAN VAN SICKLE; DEBRA WILLIAMS CUSTODIAN DEBRA WILLIAMS SEP IRA; TD AMERITRADE CUSTODIAN FBO DEBRA WILLIAMS SEP IRA; DEBRA WILLIAMS, TRUSTEE OF THE DEBRA WILLIAMS FAMILY TRUST;

Snell & Wilmer L.L.P. LAW OFFICES 50 West Liberty Street, Suite 510 Reno, Nevada 89501 775-785-5440

RICHARD YAMAMOTO, TRUSTEE OF THE YAMAMOTO FAMILY TRUST;

Defendants.

THIS MATTER having come on for hearing on November 7, 2019, on Defendants' Countermotion for Partial Summary Judgment ("Countermotion") [ECF No. 267]; appearing were Jeffrey L. Hartman, Esq. of the law firm of Hartman & Hartman, counsel for Plaintiff, Charles E. Gianelloni, Esq. of the law firm of Snell & Wilmer L.L.P., counsel for Dawn Grabowski, Trustee of the David A. Cable Living Trust; Veronique Chacon aka Veronique Chacon-Guyot; Joe Coelho; Rachel Coelho; Judy Holloway; Ron Peterson, Trustee of the Inman Peterson Family Trust; Lanette Inman, Trustee of the Inman Peterson Family Trust; Mark Lipkowitz, Trustee of the Lipkowitz Living Trust; Ursula Lipkowitz, Trustee of the Lipkowitz Living Trust; Angelo Pecorilla; Patricia Pumphrey; Patricia Pumphrey IRA; Patricia Pumphrey Custodian for Patricia Pumphrey IRA; TD Ameritrade Custodian fbo Patricia Pumphrey IRA; Patricia Pumphrey, Trustee of the Pumphrey Family Trust; Ramsden Properties, Ltd.; Roland Sala; Carol Sala; Roland Sala, Trustee of the Roland and Carol Sala Family Trust; Carol Sala, Trustee of the Roland and Carol Sala Family Trust; Roland Sala Custodian Roland Sala IRA; Carol Sala Custodian Carol Sala IRA; Carol Sala Rollover IRA; TD Ameritrade Custodian fbo Carol Sala Rollover IRA; Ronald Harford, Trustee of the Harford Family Trust; Dora Harford, Trustee of the Harford Family Trust, Brian M. Wheeler, Esq., of Atkinson, Adelson, Loya, Ruud and Romo, and Paul J. Anderson, Esq., of Maupin, Cox and LeGoy, for Thomas Puga, Trustee for Pacifica Electrical Contractors, Inc. Defined Benefit Plan, Amy N. Tirre, Esq., of Law Offices of Amy N. Tirre, for Kyle Miller (nee Giambalvo) real party in interest for defendant named Kyle Giambalvo Beneficiary IRA, Sallie B. Armstrong, Esq., of McDonald Carano LLP, for Kimberly Dale, Trustee of the Edward W. Giambalvo 1988 Trust; Kimberly Dale Beneficiary IRA; Paul and Agnes Knight, Trustees of the A & P Knight 2007 Trust, Laury M. Macauley, Esq., of Macauley Law Group, for Eugene W. Chaney, Trustee of the Eugene Chaney Irrevocable Insurance Trust; Kellie Ballard Beneficiary IRA, Karen Ayarbe, Esq., of Leach Kern Gruchow Anderson Song, for Capital Medical Development, LLC, Seth J. Adams, Esq., of

Snell & Wilmer L.L.P. LAW OFFICES 50 West Liberty Street, Suite 510 Reno, Nevada 89501 775-785-5440

Woodburn and Wedge, for Arthur Duvall, Trustee of the Duvall Living Trust; Sally Duvall, Trustee of the Duvall Living Trust; Sally Duvall, Trustee of the Sally B. Duvall Irrevocable Living Trust; Leon Garicoitz, (former) Trustee of the Garicoitz Family Trust; John Gimple; Diane Hicks; John Hicks; Resolute Security Group, Inc., Francis C. Flaherty, Esq., of Dyer Lawrence, LLP, for Jennifer Gormly, Justin C. Vance, Esq., of Dotson Law, for Normal Metcalf and Lauren Stevens, Allyson R. Noto, Esq., of Sylvester and Polednak, Ltd., for Caro Smith Trust and Fred Smith Trust, Christopher P. Burke, Esq., of Chris P. Burke and Associates, for Heather Gimple; the Court having heard and considered the Motion, Opposition, Reply, all supporting papers thereto, and all arguments and reports from counsel at the hearing; the Court having placed its findings of fact and conclusions of law on the record in lieu of any written findings and conclusions pursuant to Fed. R. Bankr. P. 7052, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, and made applicable pursuant to Fed. R. Bankr. P. 9014; and good cause having been shown,

**IT IS HEREBY ORDERED** that the Countermotion is GRANTED as to the applicability of the defenses in 11 U.S.C. § 548(c);

**IT IS FURTHER ORDERED** that pursuant to the "netting rule" articulated in *Donell v. Kowell*, 533 F.3d 762 (9th Cir. 2008), payments from the Investment Entities[1] to Defendants were taken for value under 11 U.S.C. § 548(c) because such payments, up to the amount each Defendant invested, proportionally reduced Defendants' restitution and rescission claims against the Investment Entities;

**IT IS FURTHER ORDERED** that Defendants' 11 U.S.C. § 548(c) value defense articulated above applies to Plaintiff's First Claim for Relief for Actual Fraudulent Transfer

[1] Wealth Strategies Income Fund, LLC, Wealth Strategies Real Estate Fund, LLC, Wealth Strategies Equity Fund, LLC, Wealth Strategies by Bayliss & McAninch, Inc., Wealth Strategies Opportunity Fund, LLC, Wealth Strategies Development, Inc., Connemara (Dayton), LLC, Connemara Park, LLC, Eagle Ridge at Genoa, LLC, Granite Ridge at Markleeville, LLC, The Ranch at Gardnerville, LLC, The Ranch at Gardnerville 1, LLC, Wealth Strategies Real Estate Income Fund, LLC, Connemara Development, LLC, Connemara Equity Partners, LLC, Nevada Gardnerville Ranch, LLC, Nevada Gardnerville Ranch Manager, LLC, Wealth Strategies Opportunity Fund II, LLC, JGNM14, LLC, HGNM14, LLC, FCS14NM, LLC, North Ranch Associates 14, LLC, Natrona Investments, LLC, Natrona Management, LLC, Mustang Ridge, LLC, 1830 Parkway, LLC, Petram Capital, LLC, Quadruple B, LLC, Plantation Group, LLC, Fortune 50 Investors, LLC, and CC Angel Investments, LLC.

Snell & Wilmer L.L.P. LAW OFFICES 50 West Liberty Street, Suite 510 Reno, Nevada 89501 775-785-5440

Pursuant to 11 U.S.C. § 548(a)(1)(A) and Plaintiff's Second Claim for Relief for Actual Fraudulent Transfer Pursuant to 11 U.S.C. § 544(b) and NRS §§ 112.180(1)(a) and 112.210;

**IT IS FURTHER ORDERED** that the question of whether to apply Defendants' 11 U.S.C. § 548(c) value defense articulated above to Plaintiff's Third Claim for Relief for Constructive Fraudulent Transfer pursuant to 11 U.S.C. § 548(a)(1)(B) and Plaintiff's Fourth Claim for Relief for Constructive Fraud pursuant to 11 U.S.C. § 544(b) and NRS § 112.180 is moot on Plaintiff's representation that he will voluntarily dismiss the Second Amended Complaint's Third and Fourth Claims for Relief against all Defendants;

**IT IS FURTHER ORDERED** that the Countermotion is DENIED in every other respect.

**IT IS SO ORDERED.**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

**~~Approved / Disapproved~~ / Failed to Respond**

**HARTMAN & HARTMAN**

(no response)

Jeffrey L. Hartman, Esq. #1607
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Phone: (775) 324-2800
Fax: (775) 324-1818

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Snell & Wilmer L.L.P. LAW OFFICES 50 West Liberty Street, Suite 510 Reno, Nevada 89501 775-785-5440

SNELL & WILMER L.L.P.

/s/ Charles E. Gianelloni

William E. Peterson (NV Bar No. 1528)
Janine C. Prupas (NV Bar No. 9156)
50 West Liberty Street, Suite 510
Reno, NV 89501

Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 895169

*Attorneys for Dawn Grabowski, Trustee of the David A. Cable Living Trust; Veronique Chacon aka Veronique Chacon-Guyot; Joe Coelho; Rachel Coelho; Judy Holloway; Ron Peterson, Trustee of the Inman Peterson Family Trust; Lanette Inman, Trustee of the Inman Peterson Family Trust; Mark Lipkowitz, Trustee of the Lipkowitz Living Trust; Ursula Lipkowitz, Trustee of the Lipkowitz Living Trust; Angelo Pecorilla; Patricia Pumphrey; Patricia Pumphrey IRA; Patricia Pumphrey Custodian for Patricia Pumphrey IRA; TD Ameritrade Custodian fbo Patricia Pumphrey IRA; Patricia Pumphrey, Trustee of the Pumphrey Family Trust; Ramsden Properties, Ltd.; Roland Sala; Carol Sala; Roland Sala, Trustee of the Roland and Carol Sala Family Trust; Carol Sala, Trustee of the Roland and Carol Sala Family Trust; Roland Sala Custodian Roland Sala IRA; Carol Sala Custodian Carol Sala IRA; Carol Sala Rollover IRA; TD Ameritrade Custodian fbo Carol Sala Rollover IRA; Ronald Harford, Trustee of the Harford Family Trust; Dora Harford, Trustee of the Harford Family Trust*

Snell & Wilmer L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440