_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
March 03, 2020

Jeffrey L. Hartman, Esq. #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Plaintiff/Trustee,
W. DONALD GIESEKE

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-N-16-50042-gwz<br>Chapter 7 |
| WEALTH STRATEGIES INCOME FUND, LLC, | Substantively Consolidated with |
| Debtor. | Case No. BK-N-16-50047-gwz<br>Case No. BK-N-16-50048-gwz<br>Case No. BK-N-16-50059-gwz |
| _____/ | |
| W. DONALD GIESEKE, | Case No. BK-N-16-50060-gwz<br>Case No. BK-N-16-50081-gwz |
| Plaintiff, | Case No. BK-N-16-50082-gwz |
| vs. | |
| MURRAY ALLSTOTT, TRUSTEE OF THE MURRAY ALLSTOTT LIVING TRUST; et al., | ADVERSARY NO. 18-05002-gwz |
| Defendants. | **STIPULATED DISMISSAL OF ADVERSARY PROCEEDING** |
| | Hearing Date:  None required<br>Hearing Time: |
| _____/ | |

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

Pursuant to Rule 41(a)(1)(A)(ii) of the F.R.Civ.P., as incorporated into the F.R.Bankr. P. by Rule 7041, Plaintiff and Defendants, through their respective counsel, hereby stipulate to dismissal, with prejudice, of the above-captioned adversary proceeding.

DATED: February 27, 2020.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., Attorney for
*W. Donald Gieseke*, Plaintiff

DATED: February 27, 2020.

**SNELL & WILMER L.L.P.**

/S/ Charles E. Gianelloni
Charles E. Gianelloni, Esq.
William E. Peterson, Esq.
Janine C. Prupas, Esq.
Attorneys for *Dawn Grabowski, Trustee of the David A. Cable Living Trust; Veronique Chacon aka Veronique Chacon-Guyot; Joe Coelho; Rachel Coelho; Judy Holloway; Ron Peterson, Trustee of the Inman Peterson Family Trust; Lanette Inman, Trustee of the Inman Peterson Family Trust; Mark Lipkowitz, Trustee of the Lipkowitz Living Trust; Ursula Lipkowitz, Trustee of the Lipkowitz Living Trust; Angelo Pecorilla; Patricia Pumphrey; Patricia Pumphrey IRA; Patricia Pumphrey Custodian for Patricia Pumphrey IRA; TD Ameritrade Custodian fbo Patricia Pumphrey IRA; Patricia Pumphrey, Trustee of the Pumphrey Family Trust; Ramsden Properties, Ltd.; Roland Sala; Carol Sala; Roland Sala, Trustee of the Roland and Carol Sala Family Trust; Carol Sala, Trustee of the Roland and Carol Sala Family Trust; Roland Sala Custodian Roland Sala IRA; Carol Sala Custodian Carol Sala IRA; Carol Sala Rollover IRA; TD Ameritrade Custodian fbo Carol Sala Rollover IRA; Ronald Harford, Trustee of the Harford Family Trust; Dora Harford, Trustee of the Harford Family Trust*

DATED: February 27, 2020.

**MACDONALD CARANO LLP**

/S/ Sallie B. Armstrong
Sallie B. Armstrong, Esq.
Attorneys for *Kimberly Dale, Trustee of The Edward W. Giambalvo 1988 Trust; Kimberly Dale Beneficiary IRA; Paul and Agnes Knight, Trustees of the A & P Knight 2007 Trust*

DATED: February 27, 2020.

**MACAULEY LAW GROUP**

/S/ Laury Miles Macauley
Laury Miles Macauley, Esq.
Attorneys for *Eugene W. Chaney, Trustee of the Eugene Chaney Irrevocable Insurance Trust; Kellie Ballard Beneficiary IRA*

DATED: February 27, 2020.

**LEACH KERN GRUCHOW ANDERSON SONG**

/S/ Karen M. Ayarbe
Karen M. Ayarbe, Esq.
Attorneys for *Capital Medical Development, LLC*

DATED: February 27, 2020.

**DYER LAWRENCE, LLP**

/S/ Francis C. Flaherty
Michael W. Dyer, Esq.
Francis C. Flaherty, Esq., Attorneys for
*Jennifer Gormly*

DATED: February 27, 2020.

/S/ Christopher P. Burke
Christopher P. Burke, Esq.
Attorney for *Heather Gimple*


DATED: February 27, 2020.

**LAW OFFICES OF AMY N. TIRRE**

/S/ Amy N. Tirre
Amy N. Tirre, Esq.
Attorneys for *Kyle Miller (nee Giambalvo)*
*real party in interest for defendant named*
*Kyle Giambalvo Beneficiary IRA*


DATED: February 27, 2020.

**BINDER & MALTER, LLP**

/S/ Wendy W. Smith
Wendy W. Smith, Esq.
Attorneys for *Kyle Miller (nee Giambalvo)*
*real party in interest for defendant named*
*Kyle Giambalvo Beneficiary IRA*


DATED: February 27, 2020.

**WOODBURN AND WEDGE**

/S/ Seth J. Adams
John F. Murtha, Esq.
Seth J. Adams, Esq.
Attorneys for *Arthur Duvall, Trustee of the*
*Duvall Living Trust; Sally Duvall, Trustee*
*of the Duvall Living Trust; Sally Duvall,*
*Trustee of the Sally B. Duvall Irrevocable*
*Living Trust; Leon Garicoitz, (former)*
*Trustee of the Garicoitz Family Trust; John*
*Gimple; Diane Hicks; John Hicks*


DATED: February 27, 2020.

**MAUPIN, COX & LEGOY**

/S/ Paul J. Anderson
Paul J. Anderson, Esq.
Rick R. Hsu, Esq.
Attorneys for *Thomas Puga, Trustee for the*
*Pacifica Electrical Contractors, Inc.*
*Defined Benefit Plan*


DATED: February 27, 2020.

**ATKINSON, ANDELSON, LOYA,**
**RUUD & ROMO**

/S/ Thomas W. Kovacich
Thomas W. Kovacich, Esq.
Brian M. Wheeler, Esq.
Attorneys for *Thomas Puga, Trustee for the*
*Pacifica Electrical Contractors, Inc.*
*Defined Benefit Plan*


DATED: February 27, 2020.

**SYLVESTER & POLEDNAK, LTD.**

/S/ Allyson R. Noto
Allyson R. Noto, Esq.
Attorneys for *Fredrick Smith, Trustee of the*
*Fredrick Ted and Carol Diane Smith*
*Family Trust; Carol Smith, Trustee of the*
*Fredrick Ted and Carol Diane Smith*
*Family Trust; Carol Smith Custodian Carol*
*Smith Rollover IRA, TD Ameritrade FBO*
*Carol Smith Rollover IRA*


DATED: February 27, 2020.

**DOTSON LAW**

/S/ Robert A. Dotson
Robert A. Dotson, Esq.
Justin C. Vance, Esq.
Attorneys for *Norman Metcalf, Custodian*
*for Norman Metcalf IRA, Norman Metcalf,*
*Trustee of The Norman and Betty Metcalf*
*Family Trust*